UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STRONG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TAMMY FOSS,<br><br>　　　　Respondent. | No. 2:19-cv-01268 KJM GGH P<br><br><br>ORDER |

    Petitioner has filed a traverse in this case which implicates exhaustion. ECF No. 17. That is, petitioner is presently seeking relief in a case pending before the California Court of Appeal, in which he seeks retroactive application of California Penal Code sections 188, 189. See Cal. Penal Code § 1170.95 (permitting application of retroactive relief of the above sections in defined circumstances). Specifically, petitioner seeks application of California Penal Code section 189 which restricts the formerly broader aspects of the felony murder rule. Because of the new statutory sections and ongoing proceedings in state court, petitioner has opted not to brief his previous contentions regarding application of the felony murder rule.

    The parties shall relay their respective positions regarding exhaustion and/or a Rhines[1]

---

[1] Rhines v. Weber, 544 U.S. 269 (2005).

1

stay of these federal proceedings pending full exhaustion in state court.  The parties may stipulate to a stay if they so desire.  If petitioner permanently disclaims any desire to raise the new statutory sections' application as an issue in this or any future federal habeas case, petitioner shall so state.

The parties' filing pursuant to this Order shall be made no later than January 27, 2020.

IT IS SO ORDERED.

Dated:  January 21, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE