UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER STRONG,

    Petitioner,

v.

TAMMY FOSS,

    Respondent.

No. 2:19-cv-01268 KJM GGH P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 23. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2020, are adopted in full;

2. The case is STAYED and the petition is held in abeyance pending full exhaustion in state court; and

3. The parties shall file a status report no later than six months from the date of this order detailing the status of the state proceedings; or, if the state proceedings are finally resolved within the six month period, petitioner shall file a request to lift the stay within fourteen days after final resolution. Further orders will issue depending on the status of the state proceedings.

DATED: March 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE