UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STRONG,<br><br>Petitioner,<br><br>v.<br><br>TAMMY FOSS,<br><br>Respondent. | No. 2:19-cv-01268 KJM GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding with counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On January 21, 2020, the court issued an order to show cause directing petitioner to file a statement notifying the court whether petitioner has completed exhausting his state court remedies. ECF No. 25. Petitioner's counsel has responded to the order to show cause notifying the court petitioner has a petition for review pending before the California Supreme Court. ECF No. 26. Accordingly, the court's January 21, 2020 order to show cause will be discharged. Petitioner, however, will be required to inform the court once exhaustion proceedings before the California Supreme Court have been completed.

IT IS SO ORDERED.

Dated: February 11, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1