UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STRONG,<br><br>    Petitioner,<br><br>    v.<br><br>TAMMY FOSS,<br><br>    Respondent. | No. 2:19-cv-01268-DJC-CKD<br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On March 20, 2020, the court stayed this case pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). ECF No. 24. Although an order to show cause issued in 2021 indicated that petitioner had a pending appeal in state court, counsel for petitioner has not filed any pleading indicating that state court remedies have been exhausted in the intervening three years as he was ordered to do. <u>See</u> ECF No. 27. Therefore, the court will order petitioner to show cause in writing why the stay of this case should not be lifted within 14 days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall show cause in writing within 14 days from the date of this order why the stay of this case should not be lifted. Such response shall include a copy of any state court decision resolving petitioner's state habeas corpus petition as well as the status of any pending

state habeas corpus petition.

2. The failure to respond within the time provided will result in the stay of this action being lifted.

Dated: May 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stro1268.osc.lift.stay