UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STRONG,<br><br>             Petitioner,<br><br>      v.<br><br>TAMMY FOSS,<br><br>             Respondent. | No.  2:19-cv-01268-DJC-CKD<br><br><br>ORDER |

Petitioner, a state prisoner proceeding with counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On May 29, 2024, the court issued an order to show cause why the stay of this case should not be lifted.  ECF No. 30.  Petitioner's counsel has responded to the order to show cause notifying the court that petitioner is pending resentencing in the Sacramento County Superior Court which may moot the pending habeas petition.  ECF No. 31.  Accordingly, the court's May 29, 2024 order to show cause will be discharged and the stay of this case shall continue.  Petitioner, however, will be required to file a motion to lift the stay of this case within 30 days from the date of exhaustion of all available state court remedies, including any appeal following resentencing.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 29, 2024 order to show cause (ECF No. 30) is discharged.

2. The stay of this case shall continue.

3. Counsel for petitioner shall file a motion to lift the stay of this case within 30 days from the date of exhaustion of all available state court remedies.

Dated:  June 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stro1268.discharge.osc